UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LEE MARIE RESTO DAVILA,

    Plaintiff,

v.

VAQUERIA TRES MONJITAS, INC.;
PRAICO,

    Defendants.

Civil No. 98-1480 (JAF)

### O R D E R

The plaintiff will show cause as to why this case should not be dismissed without prejudice for lack of diligent prosecution. **Ten (10) calendar days are granted from the date of issuance of this order.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th of October, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)