UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LEE MARIE RESTO DAVILA, | * |
| Plaintiff, | *   Civil No. 98-1480(JAF) |
| v. | * |
| VAQUERIA TRES MONJITAS, INC.;<br>PRAICO, | * |
| Defendants. | * |

## **J U D G M E N T**

Plaintiff's Motion for Dismissal with Prejudice, filed on November 3, 1999, Docket Document No. 3, is **GRANTED**.

Judgment is entered dismissing this case with prejudice.

San Juan, Puerto Rico, this 18th day of November, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)